JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO FUENTES, | Case No. EDCV 09-2193-DSF (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 4/23/12 _____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE