JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO FUENTES,<br><br>          Petitioner,<br>  vs.<br>DERRAL G. ADAMS, Warden,<br><br>          Respondent. | Case No. EDCV 09-2193-DSF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: __4/23/12_____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1